UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CASE NO. 23-12446-A**
**CASE NO. 23-12897-A**

**L.T. Case No.: 9:20-cv-80102-AMC**

TING PENG, ET AL.,

    *Appellees*,

v.

HELING WANG, ET AL.,

    *Appellants*.

_____/

**JOINT STIPULATION OF VOLUNTARY**
**DISMISSAL BY CERTAIN APELLANTS**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants Heling Wang, Yong Xu, Dong He, Zhenzhen Pan, Guoqing Wu, Weifang Zhu, Junhui Lin, Guanping Zhai, Kaining Guo, Chiqian Fu, Zhengfang Zhu, Jie Wang, Qin Zhou, Chunmei Deng, Deshun Liu, Li He, Yang Ying, Youlun Zhang, Zhuoxiong Yu, Fang Wang and Wei Chen, pursuant to Federal Rule of Appellate Procedure 26 and Eleventh Circuit Rule 26.1-3, certify that the following persons and entities may have an interest in the outcome of the case:

Ackerman, David P.

Akerman LLP

Atchanah, Anisha Carla

Bates, Andre Y.

Bo, Yu

Cannon, Judge Aileen M.

Capital 400 LLC

Chen, Rong

Chen, Wei

Cozen O'Connor, PC

Cui, Wei

DeHeng Law Offices, P.C.

Deng, Chunmei

Fazio, Jeffrey L.

Florida 200 Investments, LLC

Florida 300 Investments, LLC

Fu, Chiqian

Fu, Lin

Guo, Kaining

Haddad, Richard G.

Harbourside Funding GP, LLC

Harbourside Funding, LP

Harbourside Place, LLC

He, Dong

He, Li

Howard, Eleni S. Kastrenakes

Jiang, Shilai

Kim Vaughan Lerner LLP

Leon, Gabriela S.

Lin, Junhui

Liu, Deshun

Liu, Zhengmao

Mastroianni II, Nicholas A.

McDonald, John K.

Moran, William

Otterbourg P.C.

Pan, Zhenzhen Pan

Peng, Ting

Reinhart, Judge Bruce E.

Stahl, David

Teng, Nan

Unnamed Class Members (58)

Vaughan, Robert C.L.

Wang, Fang

Wang, Jie

Wang, Heling

Wu, Guoqing

Xu, Yong

Yang, Ying

Yao, Yi

Ye, Suhua

Yu, Zhuoxiong

Zhai, Guangping

Zhang, Kai

Zhang, Youlun

Zhou, Qin

Zhu, Weifang

Zhu, Zhengfang

No publicly traded corporation or company has an interest in the outcome of this case or appeal.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1) and Local Rule 42-1(a), Appellants Heling Wang, Yong Xu, Dong He, Zhenzhen Pan, Guoqing Wu, Weifang Zhu, Junhui Lin, Guanping Zhai, Kaining Guo, Chiqian Fu, Zhengfang Zhu, Jie Wang, Qin Zhou, Chunmei Deng, Deshun Liu, Li He, Yang Ying, Youlun Zhang, Zhuoxiong Yu, Fang Wang and Wei Chen (the "Appellants"), Appellees Nicholas A. Mastroianni II, Harbourside Place, LLC, Harbourside Funding, LP, Harbourside Funding GP, LLC, U.S. Immigration Fund, LLC, Florida Regional Center, LLC (the "Defendant-Appellees"), and Appellees Ting Peng and Lin Fu (the "Class Representative-Appellees"), stipulate to the voluntary dismissal with prejudice of appeal numbers 23-12446-A and 23-12897-A. Appellants, Defendant-Appellees and Class Representative-Appellees agree to each bear their own attorneys' fees and costs as between them.

By: */s/ David M. Stahl*

David M. Stahl
dstahl@cozen.com
**COZEN O'CONNOR**
200 South Biscayne Boulevard
Suite 3000
Miami, FL 33131
Tel.: (305) 704 5940

*Counsel for Appellants*

By: */s/ Richard G. Haddad*

Richard G. Haddad
rhaddad@otterbourg.com
**OTTERBOURG P.C.**
230 Park Avenue
New York, New York 10169

*Counsel for Defendant-Appellees*

By:    */s/ Jeffrey L. Fazio*

Jeffrey L. Fazio
jfazio@dehengsv.com
**DEHENG LAW OFFICES**
Silicon Valley Office
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588

*Counsel for Class Representative-Appellees*

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that this document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 124 words.

Undersigned counsel further certifies that this document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the typestyle requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point font size and Times New Roman font.

Dated: November 13, 2023          Respectfully submitted,

                                                /s/ David M. Stahl
                                              David M. Stahl / Fla. Bar No. 84713

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                /s/ David M. Stahl
                                              David M. Stahl